FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1685-DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony) |
| SERGIO ROBERTO CHAVEZ-YANEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 24, 2008, within the Southern District of California, defendant SERGIO ROBERTO CHAVEZ-YANEZ, did knowingly and intentionally import 1 kilogram or more, to wit: approximately 1.84 kilograms (4.05 pounds) of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

/s/ DOUGLAS KEEHN
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/22/08