1 | **LINDA LOPEZ**
Florida State Bar No. 0177301
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
Telephone:  (619) 234-8467
4 | linda_lopez@fd.org

5 | Attorneys for Mr. Chavez-Yanez

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,       )       CASE NO. 08CR1685-DMS
                                    )
12 |                 Plaintiff,     )
                                    )
13 | v.                             )
                                    )       JOINT MOTION TO CONTINUE
14 | **SERGIO ROBERTO CHAVEZ-YANEZ,** )     SENTENCING HEARING
                                    )
15 |                 Defendant.     )
                                    )
16 |

17 |        Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Linda Lopez, and

18 | Federal Defenders of San Diego, counsel for Mr. Chavez-Yanez, along with Assistant United States Attorney

19 | Rees Morgan, that the sentencing hearing in the above-mentioned case should be continued from September

20 | 5, 2008 at 9:00 a.m. until October 3, 2008 at 9:00 a.m.

21 |        **SO STIPULATED.**

22

23 | Dated:  August 28, 2008                    */s/ Linda Lopez*
                                               LINDA LOPEZ
24 |                                            Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Chavez-Yanez
25

26 | Dated:  August 28, 2008                    */s/ Rees Morgan*
                                               REES MORGAN
27 |                                            Assistant United States Attorney

28

08CR1685

1

**CERTIFICATE OF SERVICE**

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that a copy of the foregoing document has been served this day upon:

4

**Rees Morgan**
Rees.Morgan@usdoj.gov

5

6

**Nancy De Estrada**
United States Probation Officer via email

7

Dated: August 28, 2008

8

        */s/ Linda Lopez*
LINDA LOPEZ
Federal Defenders of San Diego, Inc.

9

225 Broadway, Suite 900
San Diego, CA 92101-5030

10

(619) 234-8467 (tel)
(619) 687-2666 (fax)

11

e-mail: Linda_Lopez@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR1685