UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1685-DMS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO CONTINUE SENTENCING HEARING |
| SERGIO ROBERTO CHAVEZ-YANEZ, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Chavez-Yanez, who is in custody, be continued from October 3, 2008 at 9:00 a.m. until October 17, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: September 25, 2008

HON. DANA M. SABRAW
United States District Judge

08CR1685